**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hebrew Health Care, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3750515** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**1 Abrahms Boulevard**
**West Hartford, CT 06117**
Number, Street, City, State & ZIP Code

**Hartford**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Hebrew Health Care, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6231**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **See Attachment** | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | **Hebrew Health Care, Inc.** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Hebrew Health Care, Inc.**                                    Case number (*if known*)
    Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2016**
    MM / DD / YYYY

**X** **/s/ Bonnie Gauthier**                        **Bonnie Gauthier**
    Signature of authorized representative of debtor        Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Elizabeth J. Austin**                Date    **August 15, 2016**
    Signature of attorney for debtor                        MM / DD / YYYY

**Elizabeth J. Austin**
Printed name

**Pullman & Comley, LLC**
Firm name

**850 Main Street**
**8th Floor**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone    **203-330-2000**        Email address

**ct04384**
Bar number and State

Debtor      **Hebrew Health Care, Inc.**                                        Case number (*if known*) _____
            Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
    amended filing

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| Debtor   | **Hebrew Community Services, Inc.** | Relationship to you | **Affiliate** |
|---|---|---|---|
| District | **Connecticut**         When   **8/15/16** | Case number, if known | |
| Debtor   | **Hebrew Home and Hospital, Incorporated** | Relationship to you | **Affiliate** |
| District | **Connecticut**         When   **8/15/16** | Case number, if known | |
| Debtor   | **Hebrew Life Choices, Inc.** | Relationship to you | **Affiliate** |
| District | **Connecticut**         When   **8/15/16** | Case number, if known | |

## CORPORATE RESOLUTIONS AUTHORIZING CHAPTER 11 FILING AND RELATED ACTIONS

Hebrew Health Care, Inc. (the "Company") held a meeting of its Board of Trustees (the "Board") on August 11, 2016. The Board, having reviewed and discussed to its satisfaction the contents of the following resolutions, adopted the following resolutions:

**WHEREAS**, the Board has considered the financial and operational condition and status of the Company's business and assets;

**WHEREAS**, the Board has reviewed, considered, and received the recommendations of the Company's professionals and advisors as to the advisability of commencing Chapter 11 bankruptcy proceedings;

**NOW, THEREFORE, BE IT RESOLVED**: That in the judgment of the Board, it is desirable and in the best interests of this Company and other interested parties that a voluntary petition be filed by the Company under the provisions of Chapter 11, Title 11 of the United States Code;

**BE IT FURTHER RESOLVED**: That the Board and any other employee designated by the Board (each such officer and designee being an "Officer") be, and each hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action which he or she deems necessary or proper to obtain such relief;

**BE IT FURTHER RESOLVED**: That the Company be, and it hereby is, authorized and directed to employ the law firm of Pullman & Comley, LLC, as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing pleadings, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Pullman & Comley, LLC;

**BE IT FURTHER RESOLVED**: That the Board be, and hereby is, authorized and directed to employ additional professionals as the Company, in its reasonable discretion, deems necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code or to carry out the purpose and intent of the foregoing resolutions, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of, and during the pendency of, the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional;

**BE IT FURTHER RESOLVED**: That the Company, as the sole member of Hebrew Life Choices, Inc., Hebrew Community Services, Inc. and Hebrew Home and Hospital, Incorporated (collectively, the "Subsidiaries") hereby consents to all of the acts, resolutions,

consents and transactions taken by the Subsidiaries relating to matters contemplated by the foregoing resolutions of the Company;

**BE IT FURTHER RESOLVED**:  That the Board be, and hereby is, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED**:  That all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

## CERTIFICATION

The undersigned Officer of Hebrew Health Care, Inc. hereby certifies that the foregoing resolutions were adopted by the Board as of the 11th day of August 2016 and remain in full force and effect without amendment.

**WITNESS MY HAND** this 15th day of August, 2016.

/s/Bonnie B. Gauthier
Bonnie B. Gauthier, its President

2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hebrew Health Care, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Expense Consulting, Ltd. Attn Officer, General or Managing Agent 811 Blue Hills Avenue Bloomfield, CT 06002** | _____ _____ | | | | | **$2,577.04** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## District of Connecticut

In re  **Hebrew Health Care, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 15, 2016**

**/s/ Bonnie Gauthier**

**Bonnie Gauthier**/CEO
Signer/Title

```
21st Century Media - CT
Attn Officer, General or Managing Agent
P.O. Box 1877
Albany, NY 12201-1877


Adams Ahern Sign, Inc.
Attn Officer, General or Managing Agent
30 Arbor Street
Hartford, CT 06106


Allen Design Associates
Attn Officer, General or Managing Agent
105 Tall Timbers Road
Glastonbury, CT 06033


Barker's Specialty
Attn Officer, General or Managing Agent
27 Realty Drive
Caller Box 222
Cheshire, CT 06410


Bess & Paul Sigel Hebrew Aacademy Hartfd
Attn Officer, General or Managing Agent
53 Gabb Road
Bloomfield, CT 06002


Blum Shapiro & Co., P.C.
Attn Officer, General or Managing Agent
Dept. 106067
P.O. Box 150489
Hartford, CT 06115-0489


Connsensus
Attn Officer, General or Managing Agent
Riverview, Suite 312
800 Cottage Grove Road
Bloomfield, CT 06002


Crowe, Horwath, LLP
Attn Officer, General or Managing Agent
P.O. Box 71570
Chicago, IL 60694-1570


Department of Labor
Attn Officer Managing or General Agent
200 Folly Brook Boulevard
Wethersfield, CT 06109
```

Department of Revenue Services
Attn Officer Managing or General Agent
25 Sigourney Street
Hartford, CT 06106


Department of Social Services
Attn Officer Managing or General Agent
55 Farmington Avenue
Hartford, CT 06105-3730


DornenbergKallenbach Advertising, LLC
Attn Officer, General or Managing Agent
16 Southwood Drive
Bloomfield, CT 06002


Expense Consulting, Ltd.
Attn Officer, General or Managing Agent
811 Blue Hills Avenue
Bloomfield, CT 06002


Haddad, DIK
Attn Officer, General or Managing Agent
67 Crestwood Road
West Hartford, CT 06107


HUD
Attn Officer Managing or General Agent
US HUD and Office of Healthcare Programs
801 Cherry Street
Fort Worth, TX 76102


Integrity Graphics, Inc.
Attn Officer, General or Managing Agent
P.O. Box 382
Brattleboro, VT 05302-0382


Jewish Community Foundation
Attn Officer, General or Managing Agent
One Abrahms Boulevard
West Hartford, CT 06117


Kinney, Kristen
66 Parkview Drive
Wethersfield, CT 06109

Local Union 1224 Laborers' International
Union of North America AFL/CIO
Attn Officer Managing or General Agent
408 Captain Thomas Boulevard
West Haven, CT 06516-5896


Medical Information Technology, Inc.
Attn Officer, General or Managing Agent
P.O. Box 74569
Chicago, IL 60696


Rogin Nassau, LLC
Attn Officer, General or Managing Agent
CityPlace 1 22nd Floor
185 Asylum Street
Hartford, CT 06103-3460


Unum Life Insurance Co. of North America
Attn Officer, General or Managing Agent
P.O. Box 406990
Atlanta, GA 30384


Verizon Wireless
Attn Officer, General or Managing Agent
P.O. Box 15062
NY 12112-5062


Wells Fargo Multifamily Capital
Attn Officer Managing or General Agent
2010 Corporate Ridge, Suite 1000
MAC R3000-100
Mc Lean, VA 22102-7805


Workers Compensation Trust
Attn Officer, General or Managing Agent
P.O. Box 5001
Wallingford, CT 06492


WVIT
Attn Officer, General or Managing Agent
P.O. Box 402543
Atlanta, GA 30384-2543


XL Color
Attn Officer, General or Managing Agent
16 Southwood Road
Bloomfield, CT 06002

YP
Attn Officer, General or Managing Agent
Carol Stream, IL 60197-5010

# United States Bankruptcy Court
### District of Connecticut

In re   **Hebrew Health Care, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hebrew Health Care, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 15, 2016**

Date

**/s/ Elizabeth J. Austin**

**Elizabeth J. Austin ct04384**

Signature of Attorney or Litigant

Counsel for   **Hebrew Health Care, Inc.**

**Pullman & Comley, LLC**
**850 Main Street**
**8th Floor**
**Bridgeport, CT 06604**
**203-330-2000 Fax:203-576-8888**