**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **HEBREW HEALTH CARE, INC.,** *et al*,[1] | Case Nos. 16-21311 (AMN) through 16-21314 (AMN) and 16-21334 (AMN) |
| Debtors. | (Jointly Administered) |

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtors, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

THE CONNECTICUT LIGHT AND POWER COMPANY
d/b/a Eversource Energy
c/o Honor S. Heath, Senior Counsel
107 Selden Street
Berlin, CT 06037
Telephone:  (860) 665-4865
Email:  honor.heath@eversource.com

MCKESSON CORPORATION
c/o Jeffrey Biskaduros, Regional Credit Manager
1 John Henry Drive
Robbinsville, NJ 08691
Telephone: (609) 571-4665
Email: Jeffrey.biskaduros@mckesson.com

MORRISON MANAGEMENT SPECIALISTS, INC.
c/o David Vipond, Regional Director of Operations
207 Horizon Way
Manchester, CT 06042
Telephone: (617) 694-2113
Email: davidvipond@iammorrison.com

---

[1] Hebrew Health Care, Inc., Case No. 16-21311, Hebrew Life Choices, Inc., Case No. 16-21312, Hebrew Community Services, Inc., Case No. 16-21313, Hebrew Home and Hospital, Incorporated, Case No. 16-21314, and CT Geriatric Specialty Group, P.C., Case No. 16-21334.

Dated: August 30, 2016	Respectfully submitted,
       New Haven, Connecticut

	WILLIAM K. HARRINGTON
	UNITED STATES TRUSTEE FOR REGION 2

	By:	/s/ *Kim L. McCabe*
		Kim L. McCabe ct 23661
		Assistant United States Trustee
		Office of the United States Trustee
		Giaimo Federal Building
		150 Court Street, Room 302
		New Haven, CT  06510
		Telephone: (203)773-2210
		Email: Kim.McCabe@usdoj.gov