UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

------------------------------------------------------X
In re:                                              :     Chapter 11
                                                    :
HEBREW HEALTH CARE, INC., et al[1],                 :     Case Nos. 16-21311 (AMN)
                                                    :     through 16-21314 (AMN)
                                                    :     and 16-21334 (AMN)
                                                    :     (Jointly Administered)
         Debtors.                                   :
------------------------------------------------------X

## AFFIDAVIT OF JAMES BERMAN

I, James Berman, being duly sworn, depose and say:

1. I am a partner of the law firm of Zeisler & Zeisler, P.C. ("Z&Z") which maintains its offices at 10 Middle Street, 15th Floor, Bridgeport, Connecticut, and I make this affidavit in support of the entry of an Order authorizing the retention of Zeisler & Zeisler, P.C. as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases.

2. I am admitted to practice in the Connecticut State Courts, and the United States District Court for the Districts of Connecticut and Southern District of New York.

3. Z&Z has undertaken a review of the 20 Largest Unsecured Creditors filed by each of the above-captioned Debtors and a preliminary review of the Matrix filed in each Chapter 11 case. It is based upon this review that the undersigned states, to the best of my knowledge, neither I, nor my firm, nor any member or associate thereof represents professionally, or is associated with the above-captioned debtors, their creditors or any other party in interest in any matters relating to these cases. Z&Z may have represented a creditor or party in interest in the above-captioned proceedings in matters unrelated to the above-captioned Chapter 11 cases. In addition, Z&Z will continue to

---

[1] Hebrew Health Care, Inc., Case No. 16-21311, Hebrew Life Choices, Inc., Case No. 16-21312, Hebrew Community Services, Inc., Case No. 16-21313; Hebrew Home and Hospital, Incorporated, Case No. 16-21314 and CT Geriatric Specialty Group, P.C., Case No. 16-21334.

review all creditors and parties in interest and will supplement this Application at such time as it determines that there exists a relationship which may have an impact on its representation of the Committee in this matter.

4. Z&Z does not represent any interest adverse to that of the Committee or the Debtors herein in the matters upon which it seeks to be retained. In accordance with Section 1103(b) of the Bankruptcy Code, Z&Z will not represent any other entity in connection with these cases.

5. Z&Z qualifies as a "disinterested person" within the meaning of 11 U.S.C. § 101 (14).

6. Z&Z will apply to the Court for compensation under Bankruptcy Code §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016 and the Local Rules of this Court.

7. Z&Z has neither shared, nor agreed to share with any other person, compensation received in this case.

_____
James Berman

Subscribed and sworn to before me this 31st day of August, 2016.

_____
Commissioner of the Superior Court