**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |  |
|---|---|---|
| In re:<br><br>HEBREW HEALTH CARE, INC., *et al*,[1]<br><br>Debtors | x<br>:<br>:<br>:<br>:<br>:<br>: <br>x | Chapter 11<br><br>Case Nos.  16-21311 (JAM)<br>through 16-21314 (JAM)<br>and  16-21334 (JAM)<br>(Jointly Administered) |

### NOTICE OF (A) EFFECTIVE DATE OF FOURTH AMENDED PLAN OF REORGANIZATION AS MODIFIED AND (B) DEADLINE FOR FILING OF PROFESSIONALS FEE APPLICATIONS

PLEASE TAKE NOTICE that on July 21, 2017, the United States Bankruptcy Court for the District of Connecticut entered an order (the "Confirmation Order"), confirming the Fourth Amended Joint Plan of Reorganization as modified on July 18, 2017 (the "Plan") for Hebrew Health Care, Inc., Case No. 16-21311; Hebrew Life Choices, Inc., Case No. 16-21312; Hebrew Community Services, Inc., Case No. 16-21213; Hebrew Home and Hospital, Incorporated, Case No. 16-21314; and CT Geriatric Specialty Group, P.C., Case No. 16-21334.

PLEASE TAKE FURTHER NOTICE that, as of August 14, 2017, all conditions to the Plan's taking effect were satisfied in accordance with applicable Plan provisions.  Pursuant to the Plan and Confirmation Order, Debtor has designated August 14, 2017 as the Effective Date of the Plan.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan and the Confirmation Order, professional persons or other entities requesting compensation or reimbursement of expenses pursuant to Bankruptcy Codes §§ 327, 328, 330, 331, 503(b) and 1103, for services

---

[1] Hebrew Health Care, Inc., Case No. 16-21311, Hebrew Life Choices, Inc., Case No. 16-21312, Hebrew Community Services, Inc., Case No. 16-21213, Hebrew Home and Hospital, Incorporated, Case No. 16-21314, and CT Geriatric Specialty Group, P.C., Case No. 16-21334.

rendered prior to the effective date must file and serve on all parties entitled to notice thereof, an application for final allowance of compensation and reimbursement of expenses **no later than sixty (60) days after the Effective Date.**

Dated: Bridgeport, CT
      August 14, 2017　　　　　　　　　Pullman & Comley, LLC
　　　　　　　　　　　　　　　　　　　　Attorneys for the Reorganized Debtors
　　　　　　　　　　　　　　　　　　　　SPECTRUM HEALTH CARE, LLC, ET AL

　　　　　　　　　　　　　　　　　　　　By: /s/ Elizabeth J. Austin
　　　　　　　　　　　　　　　　　　　　Elizabeth J. Austin (ct04383)
　　　　　　　　　　　　　　　　　　　　Pullman & Comley, LLC
　　　　　　　　　　　　　　　　　　　　850 Main Street, P.O. Box 7006
　　　　　　　　　　　　　　　　　　　　Bridgeport, CT  06601-7006
　　　　　　　　　　　　　　　　　　　　(203) 330-2000  Fax:  (203) 576-8888
　　　　　　　　　　　　　　　　　　　　eaustin@pullcom.com